**MODINE MANUFACTURING COMPANY, Plaintiff–Appellant,**

v.

**BORGWARNER, INC., Defendant–Appellee.**

No. 2014–1059.

United States Court of Appeals, Federal Circuit.

June 10, 2014.

Jonathan H. Margolies, Michael Best & Friedrich LLP, of Milwaukee, WI, argued for plaintiff-appellant. With him on the brief was Katherine W. Schill. Of counsel on the brief was Dennis J. Abdelnour, Kirkland & Ellis, LLP, of Chicago, IL. Of counsel was Rachel N. Farrington, Michael Best & Friedrich LLP, of Milwaukee, WI.

Richard W. Hoffmann, Reising Ethington P.C., of Troy, MI, argued for defendant-appellee. With him on the brief were Michael J. Druzinski, and E. Colin Cicotte.

PROST,* Chief Judge, LOURIE and CLEVENGER, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

---

* Sharon Prost assumed the position of Chief Judge on May 31, 2014.

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**